FILED IN OPEN COURT
U.S.D.C ATLANTA
Date: 02/12/2024
KEVIN P. WEIMER, Clerk
By: S/Lisa Enix
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THOMAS W. O'BRIEN | Criminal Information<br><br>No. 1:24-CR-038-MHC |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 29, 2022, in the Northern District of Georgia, the defendant, THOMAS W. O'BRIEN, on an aircraft in the special aircraft jurisdiction of the United States, namely, Delta Air Lines Flight 2564, did knowingly interfere with the performance of the duties of the flight crew members and flight attendants of the aircraft, and lessen the ability of the members and attendants to perform those duties, by assaulting and intimidating the flight attendants and flight crew members, all in violation of Title 49, United States Code, Section 46504.

RYAN K. BUCHANAN
  *United States Attorney*


PAUL R. JONES
  *Assistant United States Attorney*
Georgia Bar No. 402617

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181